# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| NORMAN KUHL, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 4:17-CV-00125-BCW |
| TIMOTHY D. DANIELS, et al., | ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On or about January 10, 2019, the Court received notice of settlement in the above-captioned action. Having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination, it is hereby

ORDERED the above-styled action is DISMISSED with prejudice. In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 45 days of the date of this Order. In addition, the Court retains jurisdiction over enforcement of the settlement agreed to by the parties.

IT IS SO ORDERED.

DATED: January 10, 2019

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT